UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    BRYANT QUARLES  
    BERNADICT QUARLES  
    Debtor(s)

Case No. 09-43579

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/17/2009.

2) The plan was confirmed on 01/14/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 04/17/2015.

6) Number of months from filing to last payment: 65.

7) Number of months case was pending: 67.

8) Total value of assets abandoned by court order: $0.00.

9) Total value of assets exempted: $21,475.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $48,340.00 |
| Less amount refunded to debtor | $654.19 |

**NET RECEIPTS:** $47,685.81

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,058.11 |
| Other | $10.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,568.11

Attorney fees paid and disclosed by debtor:        $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AFNI INSURANCE SERVICES | Unsecured | NA | 1,640.99 | 1,640.99 | 0.00 | 0.00 |
| ALLIED INTERSTATE | Unsecured | 72.00 | NA | NA | 0.00 | 0.00 |
| ARROW FINANCIAL SERVICES | Unsecured | 777.00 | NA | NA | 0.00 | 0.00 |
| ARROW FINANCIAL SERVICES | Unsecured | 725.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | NA | 574.68 | 574.68 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 420.00 | 420.00 | 420.00 | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICE LLC | Unsecured | 177.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED RECOVERY SYSTEM | Unsecured | 445.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 125.00 | 366.00 | 366.00 | 0.00 | 0.00 |
| COLLECTION | Unsecured | 823.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION BUREAU OF AMERICA | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 1,330.00 | 3,235.25 | 3,235.25 | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 1,044.00 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY CLERK | Unsecured | 710.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT SERVICES | Unsecured | 1,136.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT SERVICES | Unsecured | 773.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC | Unsecured | 773.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 377.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 190.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Unsecured | 1,524.00 | NA | NA | 0.00 | 0.00 |
| FRIEDMAN & WEXLER | Unsecured | 918.00 | NA | NA | 0.00 | 0.00 |
| GREEN TREE | Secured | 22,300.00 | 273.66 | 273.66 | 273.66 | 0.00 |
| GREEN TREE | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| HARRIS & HARRIS LTD | Unsecured | 1,907.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM | Unsecured | 84.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| IC SYSTEM | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF HEALTHCARE & F | Priority | 0.00 | 35,619.66 | 35,619.66 | 35,619.66 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | NA | 25.05 | 25.05 | 25.05 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | 215.00 | 308.87 | 308.87 | 0.00 | 0.00 |
| ILLINOIS STUDENT ASSIST COMM | Unsecured | 2,625.00 | 7,095.01 | 7,095.01 | 0.00 | 0.00 |
| ILLINOIS STUDENT ASSIST COMM | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STUDENT ASSIST COMM | Unsecured | 875.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TITLE LOANS | Secured | 1,200.00 | 964.24 | 964.24 | 964.24 | 42.17 |
| INTERNAL REVENUE SERVICE | Priority | NA | 1,192.92 | 1,192.92 | 1,192.92 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 4,316.00 | 3,685.21 | 3,685.21 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 881.00 | 891.66 | 891.66 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 292.21 | 292.21 | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 866.04 | 866.04 | 0.00 | 0.00 |
| MARK D HOWARD LAW OFFICE | Unsecured | 1,641.00 | NA | NA | 0.00 | 0.00 |
| MCI RESIDENTIAL SVC MW | Unsecured | 484.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 82.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 1,903.00 | 1,938.15 | 1,938.15 | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 1,416.00 | 1,540.59 | 1,540.59 | 0.00 | 0.00 |
| MKM ACQUISITIONS LLC | Unsecured | NA | 1,316.85 | 1,316.85 | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 500.00 | 600.00 | 600.00 | 0.00 | 0.00 |
| NATIONAL RECOVERIES INC | Unsecured | 121.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 277.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 6,212.00 | NA | NA | 0.00 | 0.00 |
| PINNACLE FINANCIAL GROUP | Unsecured | 823.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 259.00 | 259.07 | 259.07 | 0.00 | 0.00 |
| PROFESSIONAL ACCOUNT MGMT | Unsecured | 138.00 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Unsecured | 192.00 | 192.87 | 192.87 | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| SOUTH SUBURBAN CHRISTIAN SCHO | Unsecured | 6,900.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 977.00 | NA | NA | 0.00 | 0.00 |
| STATE DISBURSEMENT UNIT | Priority | 6,200.00 | NA | NA | 0.00 | 0.00 |
| SUPERIOR MANAGEMENT | Unsecured | 823.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE | Unsecured | 1,523.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE | Unsecured | 823.00 | NA | NA | 0.00 | 0.00 |
| TARGET NATIONAL BANK | Unsecured | 361.00 | NA | NA | 0.00 | 0.00 |
| TRIBUTE GOLD MASTERCARD | Unsecured | 1,247.00 | NA | NA | 0.00 | 0.00 |
| TRUSTMARK RECOVERY SRV | Unsecured | 133.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| VERICREST FINANCIAL INC FKA THE | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| VERICREST FINANCIAL INC FKA THE | Secured | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 0.00 |
| WILL COUNTY CIRCUIT CT CLERK | Unsecured | 339.00 | NA | NA | 0.00 | 0.00 |
| WILL COUNTY CIRCUIT CT CLERK | Unsecured | 197.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $4,273.66 | $4,273.66 | $0.00 |
| Debt Secured by Vehicle | $964.24 | $964.24 | $42.17 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$5,237.90** | **$5,237.90** | **$42.17** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $35,619.66 | $35,619.66 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,217.97 | $1,217.97 | $0.00 |
| **TOTAL PRIORITY:** | **$36,837.63** | **$36,837.63** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$25,223.45** | **$0.00** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $5,568.11 |
| Disbursements to Creditors | $42,117.70 |
| **TOTAL DISBURSEMENTS:** | **$47,685.81** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/29/2015                    By: /s/ Glenn Stearns
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**